# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

DAVID B.,

    **Plaintiff,**

 v.           Civil Action 2:25-cv-165
              Magistrate Judge Chelsey M. Vascura

COMMISSIONER OF SOCIAL
SECURITY,

    **Defendants**

## ORDER

  This matter is before the Court for consideration of the parties' Joint Motion to Remand. (ECF No. 8.) For good cause shown, the Motion is **GRANTED**. Per the parties' agreement, the prior non-disability finding shall be vacated and this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Appeals Council will remand the matter to an Administrative Law Judge for further proceedings and the claim will be completely reevaluated starting at the beginning of the sequential evaluation, including offering Plaintiff a new hearing. Accordingly, this case is **REMANDED** to the Commissioner and the ALJ under Sentence Four of § 405(g) for further proceedings.

  **IT IS SO ORDERED.**

                /s/ *Chelsey M. Vascura*
                CHELSEY M. VASCURA
                UNITED STATES MAGISTRATE JUDGE